IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOCKSTAR TECHNOLOGIES LLC,          )<br>                                                             )<br>                    Plaintiff,               )<br>                                                             )<br>          v.                                             )   C.A. No. 13-2020 (SLR)<br>                                                             )<br>CISCO SYSTEMS, INC.,                      )<br>                                                             )<br>                    Defendant.           )<br>CISCO SYSTEMS, INC.,                      )<br>                                                             )<br>                    Counterclaim-     )<br>                    Plaintiff,               )<br>                                                             )<br>          v.                                             )<br>                                                             )<br>BOCKSTAR TECHNOLOGIES LLC,          )<br>CONSTELLATION TECHNOLOGIES LLC,  )<br>AND ROCKSTAR CONSORTIUM US LP,   )<br>                                                             )<br>                    Counterclaim-     )<br>                    Defendants.       )  | |

**STIPULATION TO EXTEND TIME**

        IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that: (i) Defendant's time to respond to Plaintiff Bockstar Technologies LLC's Motion to Dismiss (D.I. 16) and Constellation Technologies LLC and Rockstar Consortium US LP's Motion to Dismiss (D.I. 19), and Defendant's time to file an amended answer and counterclaims pursuant to Fed. R. Civ. P. 15(a)(1)(B), are extended to May 23, 2014; (ii) in the event that Defendant files an amended answer and counterclaims, the responses are due June 23, 2014; and (iii) in the event Defendant opposes the motions to dismiss, the reply briefs are due June 23, 2014.

| | |
|---|---|
| Young Conaway Stargatt & Taylor, LLP | Morris, Nichols, Arsht & Tunnell LLP |
| */s/ Adam W. Poff* | */s/ Jack B. Blumenfeld* |
| Adam W. Poff (#3990)<br>Monté T. Squire (#4764)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>apoff@ycst.com<br>msquire@ycst.com | Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com |
| *Attorneys for Plaintiff Bockstar Technologies LLC* | *Attorneys for Defendant Cisco Systems, Inc.* |

Farnan LLP

*/s/ Brian E. Farnan*

Brian E. Farnan (#4089)
919 North Market Street
12th Floor
Wilmington, DE  19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Constellation Technologies LLC and Rockstar Consortium US LP*

SO ORDERED this _____ day of April 2014.

_____
                                                        J.