IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOCKSTAR TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | C.A. No. 13-2020-SLR |
| CISCO SYSTEMS, INC.,<br><br>    Counterclaim-Plaintiff,<br><br>    v.<br><br>BOCKSTAR TECHNOLOGIES LLC,<br>CONSTELLATION TECHNOLOGIES LLC,<br>ROCKSTAR CONSORTIUM US LP,<br>AND SPHERIX INCORPORATED,<br><br>    Counterclaim-Defendants. | |

**PLAINTIFF BOCKSTAR TECHNOLOGIES LLC'S MOTION TO DISMISS
CISCO'S AMENDED COUNTERCLAIMS AND TO DISMISS CONSTELLATION,
<u>ROCKSTAR AND SPHERIX AS IMPROPERLY JOINED</u>**

    Plaintiff Bockstar Technologies LLC respectfully moves to dismiss Defendant Cisco Systems, Inc.'s amended counterclaims 19-21, 37, 39-40, 51, 53-54, 65, 67-68, and 93, pursuant to Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6), and to dismiss Counterclaim-Defendants Constellation Technologies LLC, Rockstar Consortium US LP and Spherix Incorporated as improperly joined, pursuant to Federal Rule of Civil Procedure 21. The grounds for this motion are set forth in Plaintiff Bockstar Technologies LLC's Opening Brief and Declaration in support of its Motion to Dismiss Cisco Systems, Inc.'s Amended Counterclaims

2

and to Dismiss Constellation Technologies LLC, Rockstar Consortium US LP and Spherix Incorporated as Improperly Joined, the Opening Brief being filed contemporaneously herewith.

A proposed form of order is also filed herewith.

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Robert T. Haslam<br>Covington & Burling LLP<br>333 Twin Dolphin Drive<br>Redwood Shores, CA 94065<br>(650) 632-4700 | */s/ Adam W. Poff*<br>Adam W. Poff (No. 3990)<br>Monté T. Squire (No. 4764)<br>Gregory J. Brodzik (No. 5722)<br>Rodney Square<br>1000 North King Street |
| Robert D. Fram<br>Winslow B. Taub<br>Scott Schrader<br>Nathan Shafroth<br>Covington & Burling LLP<br>One Front Street<br>San Francisco, CA 94111<br>(415) 591-6000 | Wilmington, DE 19801<br>(302) 571-6600<br>*apoff@ycst.com*<br>*msquire@ycst.com*<br>*gbrodzik@ycst.com*<br><br>*Attorneys for Plaintiff/Counterclaim-Defendant Bockstar Technologies LLC* |
| Philip A. Irwin<br>Covington & Burling LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>(212) 841-1000 | |

Dated: July 15, 2014

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on July 15, 2014, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jack B. Blumenfeld, Esquire
>Maryellen Noreika, Esquire
>Morris Nichols Arsht & Tunnell LLP
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>*jblumenfeld@mnat.com*
>*mnoreika@mnat.com*
>
>*Attorneys for Defendant/Counterclaim-Plaintiff*
>*Cisco Systems, Inc.*
>
>Brian E. Farnan, Esquire
>Farnan LLP
>919 North Market Street, 12th Floor
>Wilmington, DE 19801
>*bfarnan@farnanlaw.com*
>
>*Attorneys for Counterclaim-Defendants*
>*Rockstar Consortium US LP and Constellation*
>*Technologies LLC*

I further certify that on July 15, 2014, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

John M. Desmarais, Esquire
Michael P. Stadnick, Esquire
Jonas R. McDavit, Esquire
Ameet Modi, Esquire
Karim Oussayef, Esquire
Dustin F. Guzior, Esquire
Edward Terchunian, Esquire
Alex Henriques, Esquire
Paul A. Bondor, Esquire
Desmarais LLP
230 Park Avenue
New York, NY  10169
*jdesmarais@desmaraisllp.com*
*mstadnick@desmaraisllp.com*
*jmcdavit@desmaraisllp.com*
*amodi@desmaraisllp.com*
*koussayef@desmaraisllp.com*
*dguzior@desmaraisllp.com*
*eterchunian@desmaraisllp.com*
*ahenriques@desmaraisllp.com*
*pbondor@desmaraisllp.com*

*Attorneys for Defendant/Counterclaim-Plaintiff*
*Cisco Systems, Inc.*

Jason Sheasby, Esquire
Melissa R. McCormick, Esquire
Alan Heinrich, Esquire
Joseph M. Lipner, Esquire
Benjamin W. Hattenbach, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
*Jsheasby@irell.com*
*mmccormick@irell.com*
*aheinrich@irell.com*
*jlipner@irell.com*
*bhattenbach@irell.com*

*Attorneys for Counterclaim-Defendants*
*Rockstar Consortium US LP and Constellation*
*Technologies LLC*

.

3

| | |
|---|---|
| Dated:   July 15, 2014 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | */s/  Adam W. Poff* |
| | Adam W. Poff (No. 3990) |
| | Monté T. Squire (No. 4764) |
| | Gregory J. Brodzik (No. 5722) |
| | Rodney Square |
| | 1000 N. King Street |
| | Wilmington, Delaware 19801 |
| | apoff@ycst.com |
| | *Attorneys for Plaintiff/Counterclaim-Defendant Bockstar Technologies LLC* |