# FARNAN LLP

November 5, 2014

**VIA E-FILING**
The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Unit 31
Wilmington, DE 19801-3568

RE:  Bockstar Technologies LLC v. Cisco Systems, Inc.
(C.A. No. 13-cv-2020-SLR-SRF)
Charter Communications, Inc., et al. v. Rockstar Consortium US LP, et al.
(C.A. No. 14-cv-55-SLR)
Arris Group, Inc., et al. v. Constellation Technologies LLC, et al.
(C.A. No. 14-cv-114-SLR)

Dear Judge Robinson:

We write on behalf of Rockstar Consortium US LP and Constellation Technologies LLC to notify the Court that Cisco, Arris, and the Cable Partners have asked the United States Bankruptcy Court for the District of Delaware to enjoin this Court from proceeding with the pending actions that those parties filed against Rockstar and Constellation. They have not, however, provided any authority or legal basis for the Bankruptcy Court to have subject matter jurisdiction over this litigation or to take control of this Court's docket.

A hearing before Bankruptcy Judge Gross regarding the requested stay is presently on the agenda for November 7, 2014 at 12:00 PM Eastern in the matter of *In re Nortel Networks, Inc., et al.*, 09-10138 (KG).

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Filing)